## CLOUETTE v FLORIDA CARPET CORP.

Case No. 89-304-AP

Eleventh Judicial Circuit, Dade County

March 15, 1990

### APPEARANCES OF COUNSEL

**Patricia A. Clouette,** pro se.

**Stephanie L. Mullis, Esquire,** Blaire & Cole, for appellee.

Before JONES, BLOOM, GREENBAUM, JJ.

### OPINION OF THE COURT

BLOOM, J.

The alias summons was properly served. Defendant was then and there put on actual notice of a claim against her. No prejudice was shown. Technical defects are to be disregarded where no prejudice results. See *Hotel & Rest. v Lake Buena Vista,* 349 So.2d 1217 (Fla. 4th DCA 1977); see also *American Hospital of Miami, Inc. v Bateman,* 498 So.2d 444 (Fla. 3d DCA 1986), at p. 445:

We reject American's claim that this hypertechnical defect in the

summons required the trial court to quash the service. The purpose of service of process is to give a defendant proper notice that it is answerable to a plaintiff's claim, to advise the defendant of the nature of that claim, and to afford the defendant an opportunity to defend against it.

AFFIRMED.

JONES and GREENBAUM, JJ., Concur.